Hyde Park Communications, LLC

Employee Handbook

Issue Date: September 2000

Welcome new employee!

On behalf of your colleagues, I welcome you to Hyde Park Communications and wish you every success here. We are a specialized strategic communications firm serving a variety of special and valuable clients. Our most valuable assets, however, are our colleagues, and we strive to create an interesting, worthwhile and professional environment in which to do our work. We also strive to have fun in what we are doing while also ensuring respect for all of our colleagues.

We believe that each employee contributes directly to Hyde Park Communications' growth and success, and we hope you will take pride in being a member of our team. A brief description of the firm, its values and goals, and short biographies of our staff is located in the side pocket of this binder.

This handbook was developed to describe some of the expectations of our employees and to outline the policies, programs, and benefits available to eligible employees. Employees should familiarize themselves with the contents of the employee handbook as soon as possible. It will answer many questions about employment with Hyde Park Communications.

We hope that your experience here will be challenging, enjoyable, and rewarding. Again, welcome!

Sincerely yours,



Jeffrey M. Sandman CEO

## 112 Non-Disclosure

The protection of confidential business information and trade secrets is vital to the interests and the success of Hyde Park Communications. Such confidential information includes, but is not limited to, the following examples:

   * non-public client information
   * compensation data
   * customer lists
   * customer preferences
   * financial information
   * pending projects and proposals
   * research and development strategies

All employees may be required to sign a non-disclosure agreement as a condition of employment. Employees who improperly use or disclose trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment, even if they do not actually benefit from the disclosed information.

## 180 General Office Policies

1. **Attendance** If you are going to be late or absent from work, you must call your supervisor each day of the absence by no later than 9:30 am.

2. **Office Hours** The office hours are 9am to 6 pm for all nonexempt employees.

3. **Dress Code** We are in the client service business and want to present a professional image at all times.

4. **Confidentiality and security of information. Client and firm related.** All client and firm related matters, including clients' plans and strategies, marketing information, regulatory issues, etc. should be treated as strictly confidential unless they have been made public. This is an important issue and relates directly to our credibility and reputation in our role as trusted advisor to our clients. In addition, all Hyde Park internal matters, including proposals and firm business strategy should be treated as confidential. Please place all confidential matters in your drawers when leaving the office and shut off your computer. **Personnel matters.** All personnel issues, including compensation matters are strictly confidential.

5. **Office Security.** Please be careful in the office and take personal belongings with you. Do not leave valuables in the office. Make sure the door is locked when you leave in the evening.

6. **Time Sheets.** Time sheets are to be submitted weekly. Separate instructions on using our time recording system will be provided. The firm's income is derived from fees that are generated by our work and supported by these records. All time worked, both billable and non-billable should be billed to the appropriate accounts.

7. **Supplies and purchases.**