# HYDE PARK
## COMMUNICATIONS

March 31, 2006

[redacted]

Dear [redacted]:

You may recently have received from a former employee of Hyde Park Communications a copy of a letter that this individual addressed to me complaining about the firm.

These complaints have no merit, and the letter has been turned over to company counsel.

I feel embarrassment at sending this note to you. If you have any questions about the letter (or, for that matter, any other issue relating to Hyde Park), I hope you will always feel free to get in touch with me.

Thank you.

Sincerely yours,

Jeffrey M. Sandman
CEO

**WASHINGTON:**
1101 17th Street, NW
Suite 508
Washington, DC 20036-4715
p: 202.872.4860
f: 202.872.4867

**NEW YORK:**
230 Park Avenue
Suite 850
New York, NY 10169
p: 212.683.3931
f: 212.683.8820

www.hydeparkcomm.com

Part of the Hyde Park/PR Consulting Group