# LAW OFFICES OF
# CAMILLA C. MCKINNEY PLLC

*Camilla C. McKinney, Esq.*
*Admitted DC and NY*

*Rosanna C. Lopez, Esq.*
*Admitted VA and CO*

April 5, 2006

**VIA U.S. MAIL, E-MAIL (jspirer@spirerandgoldberg.com) & FACSIMILE (301-654-1109)**

Julian H. Spirer
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814

    RE:    Paul DelPonte

Dear Mr. Spirer:

I am writing in response to your letter dated April 3, 2006.

Mr. Paul DelPonte has engaged in no wrong-doing and has not done anything to harm Hyde Park Communications, Inc. Please be advised that Mr. Jeffrey Sandman was the only person who received Mr. DelPonte's letter dated March 30th. Absolutely none of the individuals who were indicated as carbon copied were contacted.

Because there has been no improper communication to third parties, you cannot prove damages for any claim of defamation or breach of the Uniform Trade Secrets Act. Nor can you prevail in seeking injunctive relief because there is not a shred of evidence that you will be able to ultimately prevail on the merits.

For these reasons, Mr. DelPonte will not be making a retraction or any apology. Rather, he will be seeking to enforce his breach of contract claims, breach fiduciary duty and other legal actions that he has against the company which preceded his March 30th letter.

Sincerely,

Camilla C. McKinney, Esq.

cc:    Paul DelPonte

1100 FIFTEENTH STREET, N.W., SUITE 300 • WASHINGTON, D.C. • 20005
PHONE: 202/861-2934 • FAX: 202/517-9111
CMCKINNEY@DCEMPLOYMENTLAWYER.COM
WWW.DCEMPLOYMENTLAWYER.COM