FILED
00-386-online
10/03
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Hyde Park Communications, Inc., et al.

                Plaintiff

vs

Paul DelPonte

                Defendant

CASE NUMBER   1:06CV00655

JUDGE: Henry H. Kennedy

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 04/10/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Hyde Park Communications, Inc.** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_

279893
BAR IDENTIFICATION NO.

Fred B. Goldberg
Print Name

7101 Wisconsin Ave, Suite 1201
Address

Bethesda    MD    20814
City        State   Zip Code

(301) 654-3300
Phone Number