**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HYDE PARK COMMUNICATIONS, INC. et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number: _____ |
| ) | |
| PAUL DELPONTE ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 65.1 OF NOTICE OF APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to LCvR 65.1, I, Julian H. Spirer, hereby certify that on April 10, 2006, I notified counsel for defendant Paul DelPonte of the time and place of the filing of the of an Emergency Motion for Temporary Restraining Order and Preliminary Injunction and of the plaintiffs' intention to seek an immediate hearing on the Motion. I further certify that on April 10, 2006, one copy of all the pleadings and papers filed by plaintiffs in this action on April 10, 2006, have been furnished to Camilla C. McKinney, Law Office of Camilla McKinney, PLLC, 1100 15th Street, NW, Suite 300, Washington, DC 20005 (cmckinneyesq@aol.com).

/s/
Julian H. Spirer
DC Bar # 311126
Spirer & Goldberg, PC
7101 Wisconsin Avenue, Suite 1201
Bethesda, MD 20814
(301) 654-3300