## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HYDE PARK COMMUNICATIONS, INC. et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case Number: _____ |
| ) | |
| PAUL DELPONTE ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon review of Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, it is hereby

ORDERED that Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction as to defendant Paul DelPonte (hereinafter "DelPonte") is hereby GRANTED, and it is further

ORDERED DelPonte is immediately enjoined and restrained, whether alone or in concert with others, until hearing and thereafter until further Order of this Court, from doing any of the following:

(a)   using, disclosing, or transmitting for any purpose, the information contained in the records of plaintiff Hyde Park Communications, Inc. (hereinafter "Hyde Park"), including, but not limited to, the names, addresses, and other contact information of the representatives of Hyde Park's clients and members of the media with whom Hyde Park conducts business; and

(b)   destroying, erasing, or otherwise making unavailable for further proceedings in this matter, or any proceeding between the parties, any records or documents (including data or information maintained in computer media) in DelPonte's possession or control which were obtained from or

contain information derived from any Hyde Park records, which pertain to Hyde Park Communications's clients, their representatives, and members of the media with whom Hyde Park conducts business on behalf of its clients;

and it is further

ORDERED that DelPonte, and anyone acting in concert or participation with DelPonte, including DelPonte's counsel or any employer of DelPonte, be further ordered to return to Hyde Park's Washington, DC office a laptop computer furnished to him by Hyde Park for his use while an employee of Hyde Park, all contents thereof, and any and all information pertaining to Hyde Park's clients, their representatives, and members of the media with whom Hyde Park conducts business on behalf of its clients, whether in original, copied computerized, handwritten or any other form, within 24 hours of notice to DelPonte or his counsel of the terms of the Court's Order; and it is further

ORDERED that plaintiffs Hyde Park and Sandman's request for leave to commence discovery, including depositions, in aid of Preliminary Injunction proceedings before the Court is hereby GRANTED; and it is further

ORDERED that DelPonte be required to show cause before the Court on the _____ day of April, 2006 at _____, or as soon thereafter as counsel may be heard, why a Preliminary Injunction should not be ordered according to the terms and conditions set forth above.

SO ORDERED.

_____
United States District Judge

Copies to:

Fred B. Goldberg, Esq.
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814
Attorney for Plaintiffs

Camilla C McKinney, Esq.
Law Office of Camilla McKinney PLLC
1100 15th Street NW
Suite 300
Washington DC 20005