**COPY OF MARCH 30 LETTER**

**FILED UNDER SEAL**