**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HYDE PARK COMMUNICATIONS, INC. <u>et al</u>.   )<br>        )<br>   Plaintiffs,   )<br>        )<br>   v.     ) | Case Number: _____ |
| PAUL DELPONTE   )<br>        )<br>   Defendant.   ) | |

**ORDER**

Upon review of Plaintiffs' Motion to File Document Under Seal and for a Protective Order, it is hereby;

ORDERED, the letter sent by Defendant Paul DelPonte to Plaintiffs Jeffrey Sandman and Hyde Park Communications, Inc. dated March 30, 2006, is hereby sealed and requests for access thereto shall be denied by the parties to this action and agents of this Court.

This Order, unless modified by further court order, shall not expire.

_____
United States District Judge

Copies to:

Fred B. Goldberg, Esq.
Spirer & Goldberg, PC
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814

Camilla C McKinney, Esq.
Law Office of Camilla McKinney PLLC
1100 15th Street NW, Suite 300
Washington DC 20005

Case 1:06-cv-00655-HHK    Document 4-3    Filed 04/10/2006    Page 2 of 2