UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HYDE PARK COMMUNICATIONS, INC., et al.,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PAUL DELPONTE,<br>　　　　　　Defendant. | Civil Action 06-00655 (HHK) |

**ORDER**

Upon consideration of Hyde Park Communications, Inc.'s and Jeffrey Sandman's (collectively, "Hyde Park") motion for a temporary restraining order (Dkt. #3), the oral argument of counsel at a hearing, and the record of the case, the court concludes that, for the reasons set forth by the court at the hearing held this same day, Hyde Park successfully makes the four-part showing required to obtain a temporary restraining order. *See, e.g.*, *Mova Pharm. Corp. v. Shalala*, 140 F.3d 1060, 1066 (D.C. Cir. 1998).

Accordingly, it is this 11th day of April, 2006, hereby

**ORDERED** that Hyde Park's motion for a temporary restraining order is **GRANTED**; and it is further

**ORDERED** that defendant, Paul Delponte, shall be enjoined from the misuse of Hyde Park's confidential information and trade secrets as such conduct is defined in Delponte's employment agreement with Hyde Park; and it is further

**ORDERED** that Delponte will return the laptop computer at issue in this case to Hyde Park within two days of the docketing of this order; and it is further

**ORDERED** that, in accordance with Fed. R. Civ. P. 65(c), Hyde Park shall give security in the amount of $100.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge