UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HYDE PARK COMMUNICATIONS, INC., et al.,**<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>**PAUL DELPONTE,**<br>　　　　　　　Defendant. | Civil Action 06-00655 (HHK) |

**O R D E R**

Upon review of plaintiffs' motion to file document under seal and for a protective order, it is hereby;

**ORDERED**, the letter sent by defendant Paul Delponte to plaintiffs Jeffrey Sandman and Hyde Park Communications, Inc. dated March 30, 2006, is hereby sealed and requests for access thereto shall be denied by the parties to this action and agents of this court.

This order, unless modified by further court order, shall not expire.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 14, 2006