UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**HYDE PARK COMMUNICATIONS,**      )
**INC., et al.**                   )
                                   )
              Plaintiffs,          )
                                   )
       v.                          )  Civil Action No. 06-00655 (HHK)
                                   )
**PAUL DELPONTE**                  )
                                   )
              Defendant.           )
_____)

### NOTICE OF APPEARANCE

Defendant, Paul DelPonte, hereby notifies the Court of the entry of appearance of the following counsel on behalf of Defendant:

Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)

Counsel requests that all future correspondence regarding this matter be sent to the above Counsel of Record.

Dated: April 24, 2006            Respectfully submitted,


                                 _____/s_____
                                 Camilla C. McKinney, Esq.
                                 D.C. Bar No. 448776
                                 Law Offices of Camilla C. McKinney, PLLC
                                 1100 Fifteenth Street, N.W., Suite 300
                                 Washington, D.C. 20005
                                 (202) 861-2934/(202) 517-9111 (fax)
                                 Attorney for Defendant Paul DelPonte

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2006, I caused a true and correct copy of the foregoing Notice of Appearance, to be served electronically, via the CM-ECF system, to:

Julian H. Spirer
Spirer and Goldberg, PC
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814
Counsel for Plaintiff

_____/s_____
Camilla C. McKinney