**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HYDE PARK COMMUNICATIONS, INC., et al.** Plaintiffs, | |
| v. | Civil Action No. 06-00655 (HHK) |
| **PAUL DELPONTE** Defendant. | |

**DEFENDANT'S CONSENT MOTION TO CONVERT THE TEMPORARY RESTRAINING ORDER AND TO CONTINUE THE PRELIMINARY INJUNCTION HEARING**

Defendant, Paul DelPonte, hereby notifies the Court that the parties have agreed to allow the Temporary Restraining Order ("TRO") issued on April 11, 2006 to convert to a Preliminary Injunction ("PI"). The parties consent that Paul DelPonte shall be preliminarily enjoined from the misuse of Hyde Park's confidential information and trade secrets as such conduct is defined in Mr. DelPonte's employment agreement with Hyde Park.

The parties also request that the PI hearing, currently scheduled for April 25, 2006 at 2:00 pm, be continued pending action on the Motion to Convert the TRO.

Mr. DelPonte admits no liability as to any of the underlying causes of action and does not concede that he breached the employment agreement. Any permanent injunction or declaratory relief will have to be litigated and ordered by the Court upon conclusion of the litigation or trial.

Additionally, Mr. DelPonte reserves the right to challenge the reasonableness of any request by Plaintiffs for attorneys' fees arising from the TRO or any other matter related to this proceeding.

Dated: April 24, 2006

Respectfully submitted,

___________/s_________________
Camilla C. McKinney, Esq.
D.C. Bar No. 448776
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Attorney for Defendant Paul DelPonte

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2006, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Convert the Temporary Restraining Order and to Continue the Preliminary Injunction Hearing, to be served electronically, via the CM-ECF system, to:

Fred Bert Goldberg
Spirer and Goldberg, PC
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814
Counsel for Plaintiff

_______________/s_____________
Camilla C. McKinney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HYDE PARK COMMUNICATIONS, INC., et al.** Plaintiffs, v. **PAUL DELPONTE** Defendant. | Civil Action No. 06-00655 (HHK) |

**ORDER**

Upon consideration of Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Defendant's Response thereto, and the entire record herein, it is hereby

**ORDERED** that the Temporary Restraining Order issued on April 11, 2006 shall be converted to a Preliminary Injunction; it is further

**ORDERED** that Paul DelPonte shall be preliminarily enjoined from the misuse of Hyde Park's confidential information and trade secrets as such conduct is defined in Mr. DelPonte's employment agreement with Hyde Park; it is further

**ORDERED** that the Preliminary Injunction hearing scheduled for April 25, 2006 at 2:00 pm, be canceled as moot.

This Order only addresses Plaintiffs' Emergency Motion and does not resolve or make any determination concerning the underlying causes of action in Plaintiffs' Complaint.

It is so ORDERED this _____ day of _________, 2006.

_____________________________
U.S. District Court Judge