UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HYDE PARK COMMUNICATIONS, INC.**, et al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-00655 (HHK) ) |
| **PAUL DELPONTE** | ) ) ) |
| Defendant. | ) ) |

**CONSENT MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

Defendant, Paul DelPonte, by and through his undersigned counsel, respectfully requests an extension of time until May 17, 2006, to file a responsive pleading or Answer to the Complaint. Plaintiffs consent to this extension of time.

Defendant requests this additional time to research the allegations in the Complaint and to draft a responsive pleading. Defendant further states that the parties are attempting to resolve this matter and Defendant seeks additional time to determine if a settlement can be reached. Furthermore, undersigned counsel also needs the additional time to consult with her client concerning the allegations in the Complaint.

Accordingly, for the foregoing reasons, Defendant's counsel has shown just cause why this motion should be granted. This delay should not prejudice the Plaintiff as it has consented to this extension. Accordingly, the Defendant respectfully requests that he be allowed until May 17, 2006 to file a responsive pleading or Answer to the Complaint.

Dated: May 10, 2006                Respectfully submitted,


_____/s_____
Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111 (fax)
Attorney for Defendant Paul DelPonte


**CERTIFICATE OF SERVICE**


I hereby certify that on this 10th day of May 2006, I caused a true and correct copy of the foregoing Consent Motion to Extend Time to Answer Complaint, to be served electronically, via the CM-ECF system, to:


Fred Bert Goldberg
Spirer and Goldberg, PC
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814
Counsel for Plaintiffs


_____/s_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**HYDE PARK COMMUNICATIONS,**       )
**INC., et al.**                    )
                                    )
          Plaintiffs,        )
                                    )
   v.                           )   Civil Action No. 06-00655 (HHK)
                                    )
**PAUL DELPONTE**                   )
                                    )
          Defendant.         )
_____ )

**ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to Answer Complaint and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Defendant be given until May 17, 2006 to file an Answer or responsive pleading to the Complaint.

It is so ORDERED this _____ day of _____, 2006.

_____
U.S. District Court Judge