UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HYDE PARK COMMUNICATIONS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PAUL DELPONTE, )<br>)<br>Defendant. ) | Civil Action No. 06-00655<br>(HKK) |

## ORDER

Upon consideration of the Partial Motion to Dismiss Counterclaim for Failure to State Claims Upon Which Relief can be Granted filed by plaintiffs Hyde Park Communications, Inc. ("Hyde Park") and Jeffrey M. Sandman ("Sandman"), any opposition thereto, the record herein, and for good cause shown, it is hereby:

**ORDERED**, that the partial motion to dismiss should be and is hereby granted; and it is

**FURTHER ORDERED**, that claims for damages asserted in paragraphs 17, 21, 25, 29, and 37 of the Counterclaim are dismissed with prejudice; and it is

**FURTHER ORDERED**, Counts V, VI, VII, VIII, and IX of the Counterclaim are dismissed with prejudice; and it is

**FURTHER ORDERED**, Count III of the Counterclaim is dismissed as to Hyde Park.

_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: _____

Copies to:

Fred B. Goldberg, Esq.  
Spirer & Goldberg, P.C.  
7101 Wisconsin Avenue, Suite 1201  
Bethesda, MD 20814

Camilla C. McKinney, Esq.  
Law Office of Camilla McKinney PLLC  
1100 15th Street NW, Suite 300  
Washington DC 20005