**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **HYDE PARK COMMUNICATIONS, INC., et al.** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-00655 (HHK) |
| **PAUL DELPONTE** | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant, Paul DelPonte, by and through his undersigned counsel, respectfully requests an extension of time until July 18, 2006, to file an Opposition to Plaintiff's Partial Motion to Dismiss Counterclaim. Plaintiffs consent to this extension of time.

Defendant requests this additional time because undersigned counsel has had to address a number of pressing, unrelated matters in other cases such as preparing for a two day hearing, out of town travel for a court appearance, and a number of discovery issues in unrelated cases. Defendant seeks this extension of time to manage the press of business in these unrelated matters and to have sufficient time to complete the Opposition.

Defendant further states that the parties have reached a tentative settlement agreement. Accordingly, in order to reduce the agreement to writing and to have adequate time to finalize the agreement, Defendant seeks enlargement of the time to file an Opposition.

Accordingly, for the foregoing reasons, Defendant's counsel has shown just cause why this motion should be granted. This delay should not prejudice the Plaintiff as it has consented to this extension. Accordingly, the Defendant respectfully requests that he be allowed until July 18, 2006 to file an Opposition to Plaintiff's Partial Motion to Dismiss Counterclaim.

Dated: June 15, 2006                         Respectfully submitted,


                                             _____/s_____
                                             Camilla C. McKinney, Esq.
                                             Law Offices of Camilla C. McKinney, PLLC
                                             1100 Fifteenth Street, N.W., Suite 300
                                             Washington, D.C.  20005
                                             (202) 861-2934/(202) 517-9111 (fax)
                                             Attorney for Defendant Paul DelPonte


### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2006, I caused a true and correct copy of the foregoing Consent Motion to Extend Time to file an Opposition to Plaintiff's Partial Motion to Dismiss Counterclaim, to be served electronically, via the CM-ECF system, to:

Fred Bert Goldberg
Spirer and Goldberg, PC
7101 Wisconsin Avenue
Suite 1201
Bethesda, MD 20814
Counsel for Plaintiffs


                                             _____/s_____
                                             Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HYDE PARK COMMUNICATIONS, INC., et al.** | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-00655 (HHK) |
| **PAUL DELPONTE** | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to File an Opposition to Plaintiff's Partial Motion to Dismiss Counterclaim and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Defendant be given until July 18, 2006 to file an Opposition.

It is so ORDERED this _____ day of _____, 2006.

_____
U.S. District Court Judge