UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HYDE PARK COMMUNICATIONS, INC., et al.**, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 06-00655 (HHK) <br> ) |
| **PAUL DELPONTE** | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.Pro. 41(a)(1)(ii), and in light of the settlement of this lawsuit by the parties, the parties, by their respective undersigned counsel, hereby stipulate to the dismissal of this lawsuit, including the Complaint and Counterclaims, WITH PREJUDICE, by submitting this Joint Stipulation of Dismissal with Prejudice signed on behalf of all parties who have appeared in this lawsuit. A proposed Order reflecting the dismissal with prejudice is attached. Each party shall bear its own costs.

Dated: July 18, 2006

Respectfully submitted,

_____   _____
Camilla C. McKinney, Esq.        Fred B. Goldberg, Esq.
D.C. Bar No. 448776              D.C. Bar No. 279893
Law Offices of Camilla C. McKinney PLLC   Spirer and Goldberg, PC
1100 Fifteenth Street, N.W., Suite 300    7101 Wisconsin Avenue, Suite 1201
Washington, D.C. 20005           Bethesda, MD 20814
*Counsel for Defendant*          *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HYDE PARK COMMUNICATIONS, INC.,** et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-00655 (HHK) |
| **PAUL DELPONTE** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pursuant to Fed.R.Civ.Pro 41(a)(1)(ii), and upon consideration of the Stipulation of Dismissal with Prejudice submitted by the Parties, this lawsuit, including the Complaint and Counterclaims, is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

**IT IS SO ORDERED THIS** _____ day of _____, 2006.

_____
United States District Court Judge

**Copies to:**

Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C.  20005
*Counsel for Defendant*

Fred B. Goldberg, Esq.
Spirer and Goldberg, PC
7101 Wisconsin Avenue, Suite 1201
Bethesda, MD 20814
*Counsel for Plaintiffs*